22540.  JONES *et al. v.* NORTH AMERICAN LIFE INSUR-
ANCE COMPANY OF CHICAGO.

DECIDED MARCH 24, 1933.

*W. C. Munday,* for plaintiffs in error.

*W. H. Mewbourne,* contra.

GUERRY, J.   Only the 3d headnote needs elaboration.   Some of
the notes sued on in this case depended for their maturity upon the
maker's default in the payment of another note of the same series
as to which default had been made, and also upon the holder's elec-
tion thereupon to declare the whole indebtedness due.   The filing of
the suit upon the entire series amounted to such election.   Under
the rules of practice as laid down in the act creating the city court
of Decatur, where such suit is marked in default, verdict may be
taken at the first term.   Such a suit, however, is not a suit on an
unconditional contract in writing, and a verdict should have been

648

taken on which to base the judgment, and it was error for the court to render a judgment without first having had the verdict of a jury upon which to base it. *Rodgers* v. *Caldwell*, 112 *Ga.* 635 (37 S. E. 865); *Dye* v. *Garrell*, 78 *Ga.* 471 (3 S. E. 692); Civil Code (1910), §§ 5660, 5662; *Howard* v. *Wellham*, 114 *Ga.* 934 (41 S. E. 62).

*Judgment reversed.* *Broyles, C. J., and MacIntyre, J., concur.*